RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
701 Bridger Ave, Suite 820
Las Vegas, NV  89101
RAY13mail@LasVegas13.com
(702) 853-4500

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>CHRYSTIL G. FIELDS<br><br><br>Debtor(s) | Chapter 13<br>BKS-17-12288-MKN<br><br><br>Hearing Date: April 05, 2018<br>Hearing Time: 2:00 PM |

**MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Comes now RICK A. YARNALL, Chapter 13 Bankruptcy Trustee in the above captioned bankruptcy case and for his motion states and alleges as follows:

1. Debtor(s) filed an Original Petition under Chapter 13, Title 11 of the United States Code on April 28, 2017.

2. Debtors Plan was confirmed by the Court on 12/07/2017.

3. The Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307 for one or more of the following reasons.

(c)(6)  Material default by the debtor with respect to a term of a confirmed plan.

·  Failure to make plan payments

The last payment by the debtor(s) was made on 12/05/2017 and the debtor(s) are $810.00 in default under the terms of the current plan. The Debtor remains responsible for all payments that become due subsequent to the filing of the instant motion.  The Trustee requests an Order dismissing the case unless the debtor(s) EITHER:

A.  cure the default and remain current with all future payments coming due, OR

1        B. file a Modified Plan by 03/29/2018,

2    WHEREFORE, the Trustee prays the Court issue an Order dismissing this case for the

3  reasons as stated above.

5  DATED: 3/2/2018                                       /s/ Rick A. Yarnall

                                                        Rick A. Yarnall
                                                        Chapter 13 Bankruptcy Trustee
                                                        la